UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MALINDA HUNTER-GOSE, | ) | No. CV 10-0286-RC |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

   IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: November 15, 2010     /S/ ROSALYN M. CHAPMAN
                             ROSALYN M. CHAPMAN
                             UNITED STATES MAGISTRATE JUDGE

R&R-MDO\10-0286.jud
11/12/10